UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-23401-CIV-COHN/SNOW

SYDELLE RUDERMAN,
by and through her Attorney-in-fact, Bonnie Schwartz,
and SYLVIA POWERS,
by and through her Attorney-in-fact, Les Powers,
individually and on behalf of all others similarly situated,

            Plaintiffs,

vs.

WASHINGTON NATIONAL INSURANCE COMPANY,
Successor-in-Interest to Pioneer Life Insurance Company,

            Defendant.

_____/

## FINAL JUDGMENT TAXING FEES AND COSTS

**THIS CAUSE** came on before the Court upon the court's separately entered order granting in part the Plaintiff's Motion for Attorney's Fees.  Accordingly, it is

**ORDERED AND ADJUDGED** that Judgment for fees is hereby entered in favor of Plaintiffs Sydelle Ruderman and Sylvia Powers and against Defendant Washington National Insurance Company, and Plaintiffs Sydelle Ruderman and Sylvia Powers shall recover $1,654,253.48 in fees and costs, plus interest thereon at the rate of 0.25% per annum from the date of this Final Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of March, 2011.

                                                        _____
                                                         JAMES I. COHN
                                                         United States District Judge

copies to:
counsel of record on CM/ECF